IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                    )
                                     )    2:12-cv-01039-GEB-KJN
            Plaintiff,               )
                                     )
        v.                           )    ORDER CONTINUING STATUS
                                     )    (PRETRIAL SCHEDULING)
Victor Anaya, Individually and       )    CONFERENCE
d/b/a Taco Real Mexican Grill;       )
Gerardo J. Espinosa Jr.,             )
                                     )
            Defendants.              )
_____    )

        Plaintiff states in his Status Report filed July 23, 2012,
that he "has filed a Request for Clerk's Entry of Default and
anticipates a Motion for Default date in December 2012." (Status Report
3:12-13.)

        Plaintiff shall file a motion for entry of default judgment
before the Magistrate Judge within forty-five days of the date on which
this Order is filed. If Plaintiff fails to timely file the motion,
Plaintiff shall show cause in writing no later than September 14, 2012,
why this action should not be dismissed for failure of prosecution. This
action may be dismissed with prejudice under Federal Rule of Civil
Procedure 41(b) if Plaintiff fails to timely respond to this Order.

Further, the status conference scheduled for hearing on August 6, 2012, is continued to commence at 9:00 a.m. on January 28, 2013. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated:  July 30, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge