```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| Scott N. Johnson,         ) | |
|                           ) | 2:12-cv-01039-GEB-KJN |
|           Plaintiff,      ) | |
|                           ) | |
|      v.                   ) | ORDER OF DISMISSAL |
|                           ) | |
| Victor Anaya, Individually and ) | |
| d/b/a Taco Real Mexican Grill; ) | |
| Gerardo J. Espinosa Jr.,  ) | |
|                           ) | |
|           Defendants.     ) | |
| _____   ) | |

Plaintiff filed a Notice of Settlement on September 6, 2012, in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (20) calendar days." (ECF No. 12.) Therefore, an "Order Re: Settlement and Disposition" was filed on September 10, 2012, which directed the parties to file a dispositional document no later than September 26, 2012. (ECF No. 13.) The September 10th Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. <u>Id.</u> Plaintiff subsequently obtained extensions of time to file a dispositional document no later than November 13, 2012. (ECF Nos. 13, 17.)

1         Since no dispositional document has been filed, and the
2 parties have not provided any reason for the continued pendency of this
3 action, this action is dismissed without prejudice.
4         IT IS SO ORDERED.
5 Dated: November 14, 2012

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```